UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY SYKES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>B. FOLKS, et al.,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:23−CV−00966−JLT−SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Doc. 33) |

    Defendant moves for a 30-day extension of the September 26, 2025, deadline for Defendant to answer Plaintiff's First Amended Complaint in this action. (Doc. 33.) This is Defendant's first such request. Upon due consideration of Defendant's motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion. Accordingly, Defendant must answer Plaintiff's First Amended Complaint on or before **October 26, 2025**.

IT IS SO ORDERED.

Dated:  **September 25, 2025**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE